IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ORLANDO CARSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPTAIN COLEMAN; CAPTAIN WICKER; WISE; and WARDEN EDWINA JOHNSON,<br><br>    Defendants. | CIVIL ACTION NO.: 5:22-cv-12 |

**O R D E R**

This matter is before the Court Defendants' Motion to Stay Discovery.  Doc. 19. Defendants ask the Court to stay all deadlines and discovery in this case pending resolution of their motion to dismiss.  Plaintiff has not responded to this Motion, indicating no opposition.  Local R. 7.5.  Upon review, the Court **GRANTS as unopposed** Defendants' Motion and **STAYS** all discovery and related deadlines in this case until the Court resolves Defendants' pending dispositive motion.  Should any claims remain at that time, this stay shall lift automatically.

**SO ORDERED**, this 16th day of August, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA