AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ORLANDO CARSON,

    Plaintiff,

            v.

CAPTAIN COLEMAN; CAPTAIN WICKER; WISE; and WARDEN EDWINA JOHNSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:22-cv-12

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated September 13, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Order of this Court. Therefore, Defendants' motion to dismiss is granted as unopposed, Plaintiff's complaint is dismissed without prejudice for failure to follow this Court's Order, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: September 14, 2022

John E. Triplett, Clerk of Court

(By) Deputy Clerk